# UNITED STATES DISTRICT COURT
### Western District of Tennessee

United States of America

v.

RICHARD BAYNE                                    Case No. 05-20167-01-Ma

## ORDER RELIEVING CJA COUNSEL

Attorney E. Scott Hall had previously been appointed to represent the defendant in this matter. The defendant appeared before the court on this date for arraignment with private counsel. As the defendant has retained private counsel to represent him, E. Scott Hall is hereby relieved of further representation of this defendant.

This 11th day of May, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or Rule 32(b) FRCrP on 5-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20167 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Samuel Mays
US DISTRICT COURT