IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____ D.C.

05 AUG 26 AM 6: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20167-Ma

RICHARD BAYNE,

    Defendant.

ORDER SETTING CHANGE OF PLEA
AND ORDER EXCLUDING TIME

    Before the court is defendant Richard Bayne's August 23, 2005, unopposed motion that the report date on August 26, 2005, be reset for a change of plea. For good cause shown, the motion is granted and the written status report is accepted in lieu of appearance at the report date. A **change of plea** is set **Wednesday, September 21, 2005, at 10:00 a.m.**

    The period from August 26, 2005, through September 21, 2005, is excludable under 18 U.S.C. § 3161(h)(8)(A) as the ends of justice served by granting defendant's motion outweigh the best interest of the public and the defendant in a speedy trial.

    It is so ORDERED this 25th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-31-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:05-CR-20167 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT